UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW RYAN<br><br>        Plaintiff,<br><br>- against -<br><br>PRILEY LANE LLC<br><br>        Defendant. | Docket No. 1:20-cv-00038-EK-RLM<br><br>**NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))** |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Andrew Ryan, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Priley Lane LLC, each party to bear its own costs and attorney's fees.

Dated: June 30, 2021
   New Rochelle, New York

                Respectfully submitted,

                LIEBOWITZ LAW FIRM, PLLC

                By: /s/jameshfreeman/
                   James H. Freeman
                 1333A North Ave., Ste. 762
                 New Rochelle, New York 11580
                 Telephone: (516) 233-1660
                 JF@LiebowitzLawFirm.com

                *Attorneys for Plaintiff Andrew Ryan*